■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ROLON, Appellant. [792 NYS2d 917]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hanophy, J.), rendered October 9, 2001, convicting him of murder in the second degree, robbery in the first degree (four counts), kidnapping in the second degree, criminal possession of a weapon in the second degree (two counts), criminal possession of a weapon in the third degree, and criminal possession of stolen property in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which

could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). H. Miller, J.P., S. Miller, Goldstein, Mastro and Lifson, JJ., concur.